UNITED STATES of America,
Appellee,

v.

**Tyrell EVANS, Craig Moye, James Calhoun, Robert Thomas,
Defendants–Appellants.**

Nos. 05–5753–cr(L), 05–5829–cr(Con).

United States Court of Appeals,
Second Circuit.

Feb. 11, 2009.

---

Susan M. Damplo, Ardsley, NY, for Defendant–Appellant Moye.

H. Gordon Hall and Patrick F. Caruso, Assistant U.S. Attorneys (William J. Nardini, Assistant U.S. Attorney, on the brief) for Kevin J. O'Connor, U.S. Attorney for the District of Connecticut, New Haven, CT, for Appellee.

Present: Hon. ROBERT A. KATZMANN, Hon. DEBRA A. LIVINGSTON, Circuit Judges, Hon. J. GARVAN MURTHA, District Judge.*

### SUMMARY ORDER

Susan M. Damplo, attorney for defendant-appellant Craig Moye, filed a motion to withdraw as counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that there were no non-frivolous issues to raise on appeal. The government filed a cross-motion for summary affirmance on the same ground. Following oral argument, we issued a Summary Order dated September 18, 2008, remanding the case with respect to Moye and requesting clarification as to whether Moye was sentenced pursuant to Guidelines § 4B1.1 or § 2D1.1. *See United States v. Evans*, 293 Fed.Appx. 63 (2d Cir.2008). The district court has clarified that it relied on Guidelines

§ 4B1.1 when it sentenced Moye. *See* Response to Remand, Jan. 13, 2009.

We have reviewed Moye's attorney's *Anders* motion, her brief in support of it, and the government's cross-motion for summary affirmance. In light of the district court's clarification of the record, we agree with Moye's counsel and the government that there are no non-frivolous issues that could be raised on appeal.

Accordingly, the motion of Susan M. Damplo to withdraw as counsel is **GRANTED.** The government's cross-motion for summary affirmance is **GRANTED.** Consequently, the judgment of conviction of Craig Moye is hereby **AFFIRMED.**